STATE v. PATTON

No. 255PA95

Case below: 119 N.C.App. 229

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 7 September 1995.

STATE v. POE

No. 264P95

Case below: 119 N.C.App. 266

Petition by Attorney General for writ of supersedeas denied 7 September 1995. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995. Petition by defendant (Elbert Randolph Poe) for discretionary review pursuant to G.S. 7A-31 denied and temporary stay dissolved 7 September 1995.

STATE v. PRICE

No. 277P95

Case below: 118 N.C.App. 734

Petition by defendant (Pro Se) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 September 1995.

STATE v. PRICE

No. 166P95

Case below: 118 N.C.App. 212

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.

STATE v. THOMAS

No. 375P95

Case below: 119 N.C.App. 708

Motion by Attorney General for temporary stay allowed 6 September 1995.